FANNY L. TOWNSEND v. SOLOMON TOWNSEND, JR.

In petitions for divorce, the testimony to prove residence must be taken in the same manner as if to be used on the merits of the petition.

A PETITION FOR DIVORCE. The *ex-parte* affidavit of Horace A. Manchester was offered to prove the residence of the petitioner.

The Court held the affidavit inadmissible for such purpose. The testimony to prove residence must be taken in the same manner as if to be used on the merits of the petition.